```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al. ex rel.* ALLISON LYNES and JEFFREY ZUCKERMAN,

                Plaintiff and Relators,

-against-

THE RADIOLOGY GROUP LLC and ANAND LALAJI,

                Defendants.

19 Civ. 3542 (AT)

**UNSEALING ORDER**

UNITED STATES OF AMERICA,

                Plaintiff-Intervenor,

-against-

THE RADIOLOGY GROUP LLC and ANAND LALAJI,

                Defendants.

**ORDER**

WHEREAS, by notice dated March 26, 2024, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America intervened in the above-captioned *qui tam* action against defendants The Radiology Group LLC and Anand Lalaji.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated June 21, 2022, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendants The Radiology Group LLC and Anand Lalaji, and Relators; the Stipulation and Order of Settlement and Release Between the United States and Relators; and Relators' Complaint.

Dated: New York, New York
March 27, 2024

SO ORDERED:

_____
HONORABLE ANALISA TORRES
United States District Judge