THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024
```

UNITED STATES OF AMERICA *et al. ex rel.* ALLISON LYNES and JEFFREY ZUCKERMAN,

        Plaintiff and Relator,

-against-

THE RADIOLOGY GROUP, INC. AND ANAND LALAJI,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

-against-

THE RADIOLOGY GROUP LLC and ANAND LALAJI,

        Defendants.

19 Civ. 3542 (AT)

## CONSENT JUDGMENT

Upon the consent of Plaintiff the United States of America and Defendants The Radiology Group, Inc. and Dr. Anand Lalaji, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff the United States of America is awarded judgment in the amount of $2,678,387.21 jointly and severally against The Radiology Group, Inc. and Dr. Anand Lalaji, as well as post-judgment interest at the rate of 12% per annum compounded daily.

Agreed to by:

**THE UNITED STATES**

Dated: New York, New York
March 26, 2024

By: _____

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:   (212) 637-2725
*Attorney for the Government*

**DEFENDANT THE RADIOLOGY GROUP LLC**

Dated: March 25, 2024

THE RADIOLOGY GROUP LLC

By:_____
Anand Lalaji, CEO

NELSON MULLINS

By:_____
Edgar Bueno
Nelson Mullins
Atlantic Station
201 17th Street NW
Suite 1700
Atlanta, GA 30363
edgar.bueno@nelsonmullins.com

*Attorneys for Defendant The Radiology Group LLC*

3

**DEFENDANT ANAND LALAJI**

Dated: March 25, 2024

                        ANAND LALAJI

                        Anand Lalaji


                        NELSON MULLINS

By: _____
                        Edgar Bueno
                        Nelson Mullins
                        Atlantic Station
                        201 17th Street NW
                        Suite 1700
                        Atlanta, GA 30363
                        edgar.bueno@nelsonmullins.com

                        *Attorneys for Defendant Anand Lalaji*


SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge