**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* ALLISON LYNES and JEFFREY ZUCKERMAN,<br><br>        Plaintiff and Relator,<br><br> -against-<br><br>THE RADIOLOGY GROUP, INC. AND ANAND LALAJI,<br>        Defendants. | |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br><br> -against-<br><br>THE RADIOLOGY GROUP LLC AND ANAND LALAJI,<br><br>        Defendants. | 19 Civ. 3542 (AT)<br><br>**NOTICE OF MOTION** |

## **DEFENDANTS' NOTICE OF MOTION TO SET ASIDE CONSENT JUDGMENT**

Defendants, The Radiology Group, LLC and Anand Lalaji (collectively, "Defendants"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 60(b), respectfully move this Honorable Court to set aside the signed Consent Judgment (Dkt. No. 17), In support of their motion, Defendants have contemporaneously filed a supporting memorandum of law.

**Dated: April 25, 2024**

Respectfully submitted,

**NELSON MULLINS**
101 Constitution Avenue, NW
Suite 900
Washington, D.C., 20001
Telephone: (202) 689-2915
Facsimile: (202) 689-2860
*Sam.Rosenthal@nelsonmullins.com*

By:   /*s/ Sam Rosenthal*\_\_\_\_\_
        Sam Rosenthal, Esq.
        Bar No.: 329516

*Attorneys for Defendants, The Radiology Group LLC and Anand Lalaji*