```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *et al.*
*ex rel.* ALLISON LYNES and JEFFREY
ZUCKERMAN,

                Plaintiff and Relator,

    -against-

THE RADIOLOGY GROUP, INC and
ANAND LALAJI,

                Defendants.

UNITED STATES OF AMERICA,

                Plaintiff-Intervenor,

    -against-

THE RADIOLOGY GROUP, INC and
ANAND LALAJI,

                Defendants.

19 Civ. 3542 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendants' motion to set aside the consent judgment in this case. ECF No. 22; *see* ECF No. 23.  Plaintiffs shall file any opposition papers by **May 16, 2024.** Defendants shall file their reply, if any, by **May 30, 2024.**

      SO ORDERED.

Dated: April 29, 2024
      New York, New York

                                  ANALISA TORRES
                          United States District Judge